UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
FEB 22 2024
AT LONDON
Robert R. Carr
CLERK US. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                              INDICTMENT NO. 6:24-CR-09-REW

MEAGAN BRITTANY MOUNCE,
    aka MEAGAN RIDER,

DAVAUGHN ELLIS WEST,
    aka CHOPS

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 846

On or about a date in February 2022, the exact date unknown, and continuing through on or about a date in June 2022, the exact date unknown, in Pulaski County, Madison County, and Fayette County, in the Eastern District of Kentucky, and elsewhere,

**MEAGAN BRITTANY MOUNCE,**
    **aka MEAGAN RIDER,**

**DAVAUGHN ELLIS WEST,**
    **aka CHOPS,**

did conspire together and with others to knowingly and intentionally distribute controlled substances, including 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, methamphetamine, a Schedule II

controlled substance, and a quantity of pills containing oxycodone, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

As part of the conspiracy, it was agreed upon and reasonably foreseeable as to ▮▮▮▮▮▮▮▮▮▮▮▮ and **DAVAUGHN ELLIS WEST, aka CHOPS,** that 50 grams or more of methamphetamine would be distributed.

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about February 7, 2022, in Madison County, in the Eastern District of Kentucky,

**MEAGAN BRITTANY MOUNCE,
aka MEAGAN RIDER,**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)
## 18 U.S.C. § 2

On or about April 2, 2022, in Madison County, in the Eastern District of Kentucky,

**MEAGAN BRITTANY MOUNCE,
aka MEAGAN RIDER,**

did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
## 21 U.S.C. § 841(a)(1)
## 18 U.S.C. § 2

On or about April 26, 2022, in Madison County, in the Eastern District of Kentucky,

**MEAGAN BRITTANY MOUNCE,**
aka MEAGAN RIDER,

**DAVAUGHN ELLIS WEST,**
aka CHOPS,

aided and abetted by each other, did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
## 21 U.S.C. § 841(a)(1)

On or about May 10, 2022, in Madison County, in the Eastern District of Kentucky,

**DAVAUGHN ELLIS WEST,**
aka CHOPS,

did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 6
## 21 U.S.C. § 841(a)(1)

On or about June 7, 2022, in Pulaski County, in the Eastern District of Kentucky,



did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 7
### 21 U.S.C. § 841(a)(1)

On or about June 15, 2022, in Madison County and Fayette County, in the Eastern District of Kentucky,



did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

FOREPERSON

CARLTON S. SHIER IV
UNITED STATES ATTORNEY

## PENALTIES

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If responsible for 5 grams or more of methamphetamine or 40 grams or more of a mixture of substance containing a detectable amount of fentanyl:** Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

    **If Prior Serious Drug Felony Conviction or Serious Violent Felony:** Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

**If responsible for 50 grams or more of methamphetamine:** Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

    **If Prior Serious Drug Felony Conviction or Serious Violent Felony:** Not less than 15 years nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed items.